Law Office of David Sean Dufek
David Sean Dufek, Esq. SBN 193723
Janet L. Dittberner, Esq. SBN 116776
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
Telephone: (619) 299-1709
Facsimile: (619) 299-1951

Counsel for Defendant

FILED

2008 AUG 26   A 10: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDI L. MACDONALD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICE OF DAVID SEAN DUFEK, DAVID SEAN DUFEK, ARTURO LOPEZ, ARROW FINANCIAL SERVICES, LLC; and DOES 1-10,<br><br>　　　　Defendants. | Case No. C08 03403 RMW RS<br><br>**ANSWER TO COMPLAINT** |

　　　　Counsel for Defendant ARTURO LOPEZ files the following answer in response to Plaintiff CYNDI L. MACDONALD'S unverified complaint:

1.　　In response to Paragraph 1 of Plaintiffs Complaint, as to the allegation that Plaintiff is a schoolteacher, Defendant has insufficient information to either admit or deny, and on that basis denies. As to the remaining allegations, Defendant Denies the allegations contained therein.

2.　　As to the allegations of Paragraph 2 of Plaintiffs Complaint, Defendant denies the allegations contained therein.

3.　　As to the allegations of Paragraph 3 of Plaintiffs Complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

1

DEFENDANT ARTURO LOPEZ'S ANSWER TO COMPLAINT　　　　　　　　　　　　　　　　　　　　　　　　C08-03403

4. As to Paragraph 4 of Plaintiffs complaint, it appears that no allegations are made. Defendant neither admits or denies any allegations of paragraph 4 of Plaintiffs complaint, if there are any alleged.

5. As to the allegations of Paragraph 5 of Plaintiffs complaint, Defendant admits.

6. As to the allegations of Paragraph 6 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

7. As to the allegations of Paragraph 7 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny the the characterization of the law practice and on that basis denies, otherwise, Defendant admits the address of principal place of business.

8. As to the allegations of Paragraph 8 of Plaintiffs complaint, Defendant denies.

9. As to the allegations of Paragraph 9 of Plaintiffs complaint, Defendant denies.

10. As to the allegations of Paragraph 10 of Plaintiffs complaint, Defendant admits.

11. As to the allegations of Paragraph 11 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

12. As to the allegations of Paragraph 12 of Plaintiffs complaint, Defendant has insufficient information to ether admit or deny, and on that basis denies.

13. As to the allegations of Paragraph 13 of Plaintiffs complaint, Defendant denies.

14. As to the allegations of Paragraph 14 of Plaintiffs complaint, Defendant admits.

15. As to the allegations of Paragraph 15 of Plaintiffs complaint, Defendant denies on information and belief.

16. As to the allegations of Paragraph 16 of Plaintiffs complaint, Defendant denies on information and belief.

17. As to the allegations of Paragraph 17 of Plaintiffs complaint, Defendant denies.

18. As to the allegations of Paragraph 18 of Plaintiffs complaint, Defendant denies.

19. As to the allegations of Paragraph 19 of Plaintiffs complaint, Defendant denies.

20. As to the allegations of Paragraph 20 of Plaintiffs complaint, Defendant denies.

21. As to the allegations of Paragraph 21 of Plaintiffs complaint, Defendant denies.

22. As to the allegations of Paragraph 22 of Plaintiffs complaint, Defendant lacks sufficient

David Sean Dufek, Esq.
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
(619) 222-5886 Fax (619) 222-5486

1 information to either admit or deny Plaintiffs subjective feelings, and on that basis denies.

23. As to the allegations of Paragraph 23 of Plaintiffs complaint, Defendant denies.

24. As to the allegations of Paragraph 24 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

25. As to the allegations of Paragraph 25 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

26. As to the allegations of Paragraph 26 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

27. As to the allegations of Paragraph 27 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

28. As to the allegations of Paragraph 28 of Plaintiffs complaint, Defendant denies.

29. As to the allegations of Paragraph 29 of Plaintiffs complaint, Defendant denies making extortionist threats. As to the other allegations of paragraph 29 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

30. As to the allegations of Paragraph 30 of Plaintiffs complaint, Defendant denies.

31. As to the allegations of Paragraph 31 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

32. As to paragraph 32, Plaintiff makes no allegations.

33. As to paragraph 33 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

34. As to paragraph 34 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

35. As to paragraph 35, Plaintiff makes no allegations.

36. As to paragraph 36, Plaintiff makes no allegations.

37. As to paragraph 37 of Plaintiffs complaint, Defendant denies.

38. As to paragraph 38 of Plaintiffs complaint, Defendant denies.

39. As to paragraph 39 of Plaintiffs complaint, Defendant denies.

40. As to paragraph 40 of Plaintiffs complaint, Defendant denies.

DEFENDANT ARTURO LOPEZ'S ANSWER TO COMPLAINT           C08-03403

41. As to paragraph 41 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

42. As to paragraph 42 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

43. As to paragraph 43, Plaintiff makes no allegations.

44. As to paragraph 44 of Plaintiffs complaint, Defendant denies.

45. As to paragraph 45 of Plaintiffs complaint, Defendant denies.

46. As to paragraph 46 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

47. As to paragraph 47 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny the allegations, and on that basis denies.

48. As to the allegations of paragraph 48 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

49. As to the allegations of paragraph 49 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

50. As to paragraph 50, Plaintiff makes no allegations.

51. As to the allegations of paragraph 51 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

52. As to the allegations of paragraph 52 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

53. As to the allegations of paragraph 53 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

54. As to the allegations of paragraph 54 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

55. As to the allegations of paragraph 55 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

56. As to paragraph 56, Plaintiff makes no allegations.

57. As to the allegations of paragraph 57 of Plaintiffs complaint, Defendant denies.

David Sean Dufek, Esq.
2655 Camino Del Rio North Suite 110
San Diego, CA 92108
(619) 222-5886 Fax (619) 222-5486

58. As to the allegations of paragraph 58 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

59. As to the allegations of paragraph 59 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

60. As to paragraph 60, Plaintiff makes no allegations.

61. As to the allegations of paragraph 61 of Plaintiffs complaint, Defendant denies.

62. As to the allegations of paragraph 62 of Plaintiffs complaint, Defendant denies.

63. As to the allegations of paragraph 63 of Plaintiffs complaint, Defendant denies.

64. As to the allegations of paragraph 64 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

65. As to the allegations of paragraph 65 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

66. As to the allegations of paragraph 66 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

67. As to the allegations of paragraph 67 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

68. As to the allegations of paragraph 68 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

69. As to paragraph 69, Plaintiff makes no allegations.

70. As to the allegations of paragraph 70 of Plaintiffs complaint, Defendant denies.

71. As to the allegations of paragraph 71 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

72. As to the allegations of paragraph 72 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

73. As to the allegations of paragraph 73 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

74. As to the allegations of paragraph 74 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

DEFENDANT ARTURO LOPEZ'S ANSWER TO COMPLAINT                                    C08-03403

75. As to the allegations of paragraph 75 of Plaintiffs complaint, Defendant denies.

76. As to paragraph 76, Plaintiff makes no allegations.

77. As to the allegations of paragraph 77 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

78. As to the allegations of paragraph 78 of Plaintiffs complaint, Defendant denies.

79. As to the allegations of paragraph 79 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

80. As to the allegations of paragraph 80 of Plaintiffs complaint, Defendant denies.

81. As to paragraph 81, Plaintiff makes no allegations.

82. As to the allegations of paragraph 82 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

83. As to the allegations of paragraph 83 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

84. As to the allegations of paragraph 84 of Plaintiffs complaint, Defendant has insufficient information to either admit or deny, and on that basis denies.

85. As to the allegations of paragraph 85 of Plaintiffs complaint, Defendant lacks sufficient information to either admit or deny, and on that basis denies.

### FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs complaint, and each cause of action, fails to state a claim under which damages can be recovered.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff consented to the actions alleged.

### THIRD AFFIRMATIVE DEFENSE

Defendant reserves the right to allege additional affirmative defenses, currently unknown to Defendant, as they arise.

Dated: 8/22/08

David Sean Dufek, counsel for ARTURO LOPEZ, Defendant

DEFENDANT ARTURO LOPEZ'S ANSWER TO COMPLAINT          C08-03403