**Proof of service by mail**       **FILED**

I am employed in the County of San Diego, State of California, I am over the age of 18 years, and not a party to the within action; my business address is 2655 Camino Del Rio North, Suite 110, San Diego, CA 92108, (619) 299-1709.

2008 AUG 26  A 10: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I am readily familiar with the business practice for collection and processing of correspondence by mailing with the United States Postal Service.

On August 22, 2008, following ordinary business practice, I served the within Answer to Complaint by David Sean Dufek; Answer to Complaint by Arrow Financial Services, LLC and Answer to Complaint by Arturo Lopez on the party or parties named below, by placing the original or a true and correct copy thereof in a sealed envelope, with postage therein fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

Ronald Wilcox, Esq.
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 22, 2008, at San Diego, California.

By: _Diana McIntire_
Diana McIntire