**United States District Court**
For the Northern District of California

E-filed on:      1/21/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNDI L. MACDONALD, | No. C-08-03403 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING WITHDRAWAL AND VACATING HEARING |
| LAW OFFICE OF DAVID SEAN DUFEK, DAVID SEAN DUFEK, ARTURO LOPEZ, RICARDO JAMARILLO, ARROW FINANCIAL SERVICES, LLC, CACV OF COLORADO, LLC, COLLECT AMERICA, LTD.; and DOES 1-10, | [Re Docket No. 18] |
| Defendants. | |

Plaintiff Cyndi L. Macdonald moved to amend the court's case management conference minute order to lift the stay on discovery, remove the court's cap on the amount of deposition time, and set various deposition dates. Various defendants opposed the motion. Two days before the hearing, Macdonald filed a notice of withdrawal of the motion.

The court has received the notice of withdrawal. Pursuant to Civil Local Rule 7-7(e), the court exercises its discretion to grant withdrawal of the motion. The hearing scheduled for Friday, January 23 is vacated.

DATED:      1/21/2009

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

ORDER GRANTING WITHDRAWAL AND VACATING HEARING
No. C-08-03403 RMW
TSF

**United States District Court**
For the Northern District of California

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiff:**

3   Balam Osberto Letona        letonalaw@gmail.com
    Ronald Wilcox              ronaldwilcox@post.harvard.edu

4

5   **Counsel for Defendants:**

6   David Sean Dufek           davidseandufek@aol.com
    Timothy Peter Johnson      tjohnson@johnson-chambers.com

7

8   Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

9

10  **Dated:**        1/21/2009                              TSF
                                                   **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING WITHDRAWAL AND VACATING HEARING
No. C-08-03403 RMW
TSF                                              2