*E-FILED - 4/21/09*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CYNDI L. MACDONALD<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF DAVID SEAN DUFEK, *et al.*<br><br>Defendants. | Case No. C08-03403 RMW RS<br><br>**ORDER DISMISSING WITH PREJUDICE** |

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed without prejudice as to Plaintiff's claims against Defendants Arturo Lopez and Ricardo Jaramillo and with prejudice as to all other defendants and issues. All relief not expressly granted in this order is denied.

Signed this 21 day of April, 2009.

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE